IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMONT ANDERSON and<br>CASSANDRA ANDERSON, h/w | : | CIVIL ACTION |
| v. | : | |
| UNITED STATES POSTAL SERVICE,<br>MEGAN J. BRENNAN, THE UNITED<br>STATES OF AMERICA and MERIT<br>SERVICE SOLUTIONS, LLC, a/k/a<br>Merit Service Solutions | : | NO. 19-262 |

## ORDER

**NOW,** this 1st day of July, 2019, upon consideration of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) (Document No. 17), the plaintiffs' response in opposition, and the reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Complaint is **DISMISSED** as to the defendants United States Postal Service, Megan J. Brennan and the United States of America for lack of subject matter jurisdiction.

/s/ TIMOTHY J. SAVAGE J.